AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
JUN - 3 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

COPY

United States of America
v.

Ronald Bowser

*Defendant*

Case No. 1:19 CR 31-3TSK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ronald Bowser,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Conspiracy to Distribute Controlled Substances
Count 3 - Aiding and Abetting Distribution of Heroin
Count 14 - Aiding and Abetting Distribution of Heroin in Proximity to a Protected Location

Date: 05/07/2019

*Issuing officer's signature*

City and state: Clarksburg, WV

Thomas S. Kleeh, US District Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5-7-19, and the person was arrested on *(date)* 6-3-19
at *(city and state)* Huntington WV.

Date: 6-3-19

*Arresting officer's signature*

DUSM Patrick Hernandez
*Printed name and title*